BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Defendants Nationstar Mortgage LLC dba Mr. Cooper; Wells Fargo Bank, N.A. aka Wells Fargo Bank, N.A., as trustee for the structured adjustable mortgage rate mortgage loan trust mortgage pass-through certificates Series 2005-14*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER; WELLS FARGO BANK, N.A. aka WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE MORTGAGE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-14; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; DOES I through X, inclusive; and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01266-JCM-BNW<br><br>**STIPULATED MOTION REQUESTING AN EXTENSION OF THE DEADLINE TO FILE A DISCOVERY PLAN AND SCHEDULING ORDER** |

On December 7, 2022, the Court issued an order requiring the parties to submit a proposed discovery plan and scheduling order by December 16, 2022. Since that time, Plaintiff has communicated that it does not intend to pursue this action. The parties have been diligently working towards settlement, and Plaintiff has communicated that even if settlement is not reached, it intends to voluntarily dismiss the Complaint. The parties hoped not to incur the costs of drafting and submitting the discovery plan ad

PAGE 1

137387600

hoped not to waste the Court's time reviewing proposed plans on litigation that will not move forward. However, as of December 16, 2022, the parties have not been able to form a settlement. Counsel for Plaintiff is, moreover, preparing for a medical procedure and is unable to file a dismissal or discovery plan and scheduling order. The parties, therefore, request that the Court extend the deadline to either file the Discovery Plan and Scheduling Order or a voluntary dismissal two weeks to December 30, 2022. The parties would only request one week, but Plaintiff's counsel's medical state and the holiday may interfere with the ability to finally settle this case or draft a discovery plan. The parties request the extension in good faith and not to cause undue delay or for any other dilatory motive.

| | |
|---|---|
| DATED this 16th day of December, 2022<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>By: */s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123 *(Nevada Office)*<br>600 Peachtree St. NE # 3000<br>Atlanta, GA 30308 *(Corporate Office)*<br>Tele: (470) 832-5586<br>brody.wight@troutman.com<br><br>*Attorneys for Defendants Nationstar Mortgage LLC dba Mr. Cooper; Wells Fargo Bank, N.A. aka Wells Fargo Bank, N.A., as trustee for the structured adjustable mortgage rate mortgage loan trust mortgage pass-through certificates Series 2005-14* | DATED this 16th day of December, 2022<br>CROSBY & FOX, LLC<br><br>By: */s/ David M. Crosby*<br>David M. Crosby, Esq<br>Nevada Bar No. 3499<br>601 S. Tenth St.<br>Las Vegas, NV 89101<br>Tele: (702)382-1007<br>info@crosby-fox.com<br><br>*Attorney for Plaintiff M.T. Real Estate Investment, Inc.* |

137387600

# **ORDER**

IT IS HEREBY ORDERED that the parties to this action shall submit a proposed Discovery Plan and Scheduling Order to the Court by December 30, 2022.

DATED: December 19, 2022.

Brenda Weksler
United States Magistrate Judge

Respectfully submitted by:

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Brody R. Wight*
    Brody R. Wight, Esq.
    Nevada Bar No. 13615
    8985 S. Eastern Ave., Ste. 200
    Las Vegas, NV 89123 *(Nevada Office)*
    600 Peachtree St. NE # 3000
    Atlanta, GA 30308 *(Corporate Office)*
    Tele: (470) 832-5586
    brody.wight@troutman.com

*Attorneys for Defendants Nationstar Mortgage LLC dba Mr. Cooper; Wells Fargo Bank, N.A. aka Wells Fargo Bank, N.A., as trustee for the structured adjustable mortgage rate mortgage loan trust mortgage pass-through certificates Series 2005-14*